

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |     |                            |
|----------------------|-----|----------------------------|
|                      | §   |                            |
| MIGUEL BYGOYTIA,     | §   | No. 08-17-00226-CR         |
| Appellant,           | §   | Appeal from the            |
| v.                   | §   | 168thDistrict Court        |
| THE STATE OF TEXAS,  | §   | of El Paso County, Texas   |
| State.               | §   | (TC# 20140D05522)          |
|                      | §   |                            |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 18, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 18, 2018.

IT IS SO ORDERED this 17th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.